# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES ALLEN O'CONNOR,

        Debtor/Appellant,

v.                                            Case No.    05-C-857

JAMES J. VALONA,

        Appellee.

## ORDER

The bankruptcy appeal of the debtor/appellant James Allen O'Connor ("O'Connor") has been pending in this Court since August 11, 2005. This Court, in an order dated April 24, 2006, indicated that it had not yet received the requisite bankruptcy record and did not know what exactly O'Connor was appealing. The Court, based on the sparse information before it, instructed O'Connor to indicate whether he intended to proceed with his appeal. If so, the Court provided a date certain, May 19, 2006, by which O'Connor was to file his designation of items to be included in the record on appeal as well as a statement of the issues he intended to present. That date has come and gone. O'Connor has not been heard from.

The Court is providing one more extension to O'Connor. He must comply with this Court's order no later than June 16, 2006. If O'Connor has not satisfied this Court's April

24, 2006 order by that date, or otherwise communicated his intentions to this Court, his appeal will be dismissed for lack of prosecution.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

O'Connor **SHALL** file his designation of items to be included in the record on appeal and a statement of the issues to be presented, pursuant to Fed. R. Bankr. P. 8006 and no later than June 16, 2006. Failure to comply with this order will result in the dismissal of O'Connor's appeal for lack of prosecution.

Dated at Milwaukee, Wisconsin this 24th day of May, 2006.

        **BY THE COURT**

        s/ Rudolph T. Randa
        **Hon. Rudolph T. Randa**
        **Chief Judge**