# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES ALLEN O'CONNOR,**

        **Debtor/Appellant,**

  **v.**                                                   **Case No.    05-C-857**

**JAMES J. VALONA,**

        **Appellee.**

## DECISION AND ORDER

The bankruptcy appeal of the debtor/appellant James Allen O'Connor ("O'Connor") has been pending in this Court since August 11, 2005. This Court, in an order dated April 24, 2006, indicated that it had not yet received the requisite bankruptcy record and did not know what exactly O'Connor was appealing. The Court, based on the sparse information before it, instructed O'Connor to indicate whether he intended to proceed with his appeal. If so, the Court provided a date certain, May 19, 2006, by which O'Connor was to file his designation of items to be included in the record on appeal as well as a statement of the issues he intended to present. That date came and went; O'Connor was not heard from.

On May 26, 2006, the Court issued another order granting O'Connor another extension of time in which to communicate his intentions to the Court or suffer dismissal for failure to prosecute. On June 12, 2006, O'Connor sent the Court a missive indicating that

he had suffered a stroke and was convalescing. Because of those circumstances, he had not been able to move his appeal forward. O'Connor, according to his letter, wishes to proceed with his appeal. He asks the Court for a 60-day extension in order to submit further documents to the Court and otherwise prepare his appeal. The Court grants O'Connor's request. O'Connor is warned, however, that a party, regardless of his circumstances, cannot prolong an action interminably. The Court also reiterates its prior admonition: O'Connor's *pro se* status dos not exempt him from complying with all applicable rules and procedures related to his appeal. Failure to follow applicable rules, or the orders of this Court, may severely hamper his appeal and even lead to its dismissal.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

O'Connor **SHALL** comply with this Court's order of May 26, 2006 no later than August 18, 2006.

Dated at Milwaukee, Wisconsin this 20th day of June, 2006.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa**
**Chief Judge**